DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

DERRICK DION SELASSIEI BAILEY, JR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0229

————————————————

May 27, 2026

Appeal from the Circuit Court for Pinellas County; Philippe Matthey, Judge.

Jeremy Clark and Tyler Vaughn of Clark Hartpence Law, Saint Petersburg, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Marena S. Ramirez, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

KELLY, MORRIS, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.